1
2
3
4
5
6
7
8                        UNITED STATES DISTRICT COURT
9                       NORTHERN DISTRICT OF CALIFORNIA
10                                OAKLAND DIVISION

11 | UNITED STATES OF AMERICA,          ) No.: CR 05-00611 WHA
                                        )
12 |       Plaintiff,                   )
                                        )   [REVISED PROPOSED] ORDER TO THE
13 | v.                                 )   UNITED STATES MARSHAL'S OFFICE,
                                        )   THE GLEN DYRE CORRECTIONAL
14 | DALE SCOTT HEINEMAN,               )   FACILITY, AND THE FEDERAL
     KURT F. JOHNSON,                   )   DETENTION CENTER (DUBLIN) TO
15 | THE DOREAN GROUP,                  )   PROVIDE DEFENDANTS HEINEMAN AND
     WILIAM JULIAN,                     )   JOHNSON WITH ACCESS TO DEVICES TO
16 | FARREL J. LECOMPTE, JR.,           )   REVIEW DISCOVERY PRODUCED ON
     SARA J. MAGOON                     )   COMPACT DISCS/DIGITAL VIDEO DISKS
17 |    a/k/a Credence, and             )
     CHARLES DEWEY TOBIAS,              )
18 |                                    )
           Defendants.                  )
19 | _____  )

20       Based upon the record made at the parties' appearance before this Court on February 28,

21 2006, and March 1, 2006, and the reasons set forth therein, where defendant Heineman and

22 defendant Johnson independently represented to the Court that they each wish to review the

23 discovery produced in compact disc/digital video disk format to determine whether to waive

24 their respective rights to counsel, or accept appointed counsel or retain counsel, in this criminal

25 case,

26       IT IS HEREBY ORDERED THAT the Glen Dyre Correctional Facility and the Federal

27 Detention Center in Dublin, where, as to the former, defendants Heineman and Johnson are

28 presently housed and, as to the latter, are expected to be housed by March 3, 2006, and the

[REVISED PROPOSED] ORDER RE: ELECTRONIC DISCOVERY
CR 05-00611 WHA

1  United States Marshal's Office provide defendants Heineman and Johnson each with access to
2  devices that read the scanned documents produced on compact discs/digital video disks as
3  discovery in this action for their respective review in preparation of this case until further Order
4  of this Court.

6  DATED: March 1, 2006



_____
HON. WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE

[REVISED PROPOSED] ORDER RE: ELECTRONIC DISCOVERY
CR 05-00611 WHA                                    2