1
2
3
4
5
6
7

8                           UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

10                                  OAKLAND  DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,                ) | No.: CR 05-00611 WHA |
|                      ) | |
|         Plaintiff,                                        ) | |
|                      ) | ~~[PROPOSED]~~ ORDER EXCLUDING |
| v.                                        ) | TIME UNDER THE SPEEDY TRIAL ACT |
|                      ) | PURSUANT TO 18 U.S.C. §§ 3161(h)(7), |
| DALE SCOTT HEINEMAN,                ) | (h)(8)(A), AND (h)(8)(B)(iv) |
| KURT F. JOHNSON,                        ) | |
| THE DOREAN GROUP,                ) | |
| WILIAM JULIAN,                        ) | OAKLAND VENUE |
| FARREL J. LECOMPTE, JR.,                ) | |
| SARA J. MAGOON                        ) | |
|    a/k/a Credence, and                ) | |
| CHARLES DEWEY TOBIAS,                ) | |
|                      ) | |
|         Defendants.                                ) | |
|                      ) | |

   Based upon the record made at the parties' appearances before this Court on March 1 and 3, 2006, and the reasons set forth therein, the Court hereby FINDS the time from March 1, 2006 through March 14, 2006 excluded under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (8)(B)(iv), in that the ends of justice are served and outweigh the best interest of the public and the defendants in a speedy trial by excluding this period of time for effective preparation by defendants Heineman and Johnson, taking into account the exercise of due diligence, to review the more than 30,000 pages of documents produced in compact disc/digital video disk format to both Heineman and Johnson for each of their review on a MP-3 or analogous electronic reading

~~[PROPOSED]~~ ORDER EXCLUDING TIME
CR 05-00611 WHA

1  device (of which more than 6000 pages were also produced in hard-copy form to each defendant
2  for review without an electronic device), for Heineman and Johnson to determine individually
3  how they wish to proceed in the continued *Faretta* hearing regarding their respective rights to
4  counsel.

5  Further, as determined on the record at the parties' appearance before this Court on
6  February 28, 2006, the time between March 1, 2006 and March 14, 2006 is also excluded under
7  the Speedy Trial Act pursaunt to 18 U.S.C. § 3161(h)(7) as a period of delay where Heineman
8  and Johnson are joined for trial with co-defendants Julian, LeCompte, Magoon and Tobias, and
9  the time for the co-defendants has not run and no motion for severance has been granted.

10  Based on these findings, IT IS HEREBY ORDERED THAT the time from March 1,
11  2006 to March 14, 2006 is excluded under the Speedy Trial Act pursuant to 18 U.S.C. §§
12  3161(h)(7), (h)(8)(A) and (h)(8)(B)(iv).

14  DATED: March ~~3~~ 6, 2006



HON. WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER EXCLUDING TIME
CR 05-00611 WHA                                          2