IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>DALE SCOTT HEINEMAN, KURT F. JOHNSON, THE DORIAN GROUP, WILLIAM JULIAN, FARREL J. LECOMPTE, JR., SARA J. MAGOON, and CHARLES DEWEY TOBIAS,<br><br>      Defendant.<br>_____/ | No. CR 05-00611 WHA<br><br>**ORDER TO PER TEM REPORTER TO PRODUCE TRANSCRIPT** |

On March 21, 2006, a hearing was held in the above-entitled action. Production of a transcript of that hearing for the court is necessary for the resolution of this matter.

Accordingly, pro tem court reporter Sylvia Russo is directed to prepare the transcript of this proceeding on the following basis:

( ) Ordinary (within 30 days @ $3.30 per page).

( ) Expedited (within 7 days @ $4.40 per page).

(X) Daily (overnight @ $5.50 per page).

Therefore, the Clerk is directed to pay said reporter the cost of preparing the transcript at the rate indicated above, and in accordance with the requirements of the Judicial Conference of the United States, as set forth in the Guide to Judiciary Policies and Procedures.

**IT IS SO ORDERED.**

Dated: March 22, 2006

                                          WILLIAM ALSUP
                                          UNITED STATES DISTRICT JUDGE

cc: Court Reporter Supervisor and Pro Tem Reporter