IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>DALE SCOTT HEINEMAN; KURT F. JOHNSON; THE DOREAN GROUP; WILLIAM JULIAN; FARREL J. LECOMPTE, JR.; SARA J. MAGOON; and CHARLES DEWEY TOBIAS,<br><br>    Defendants.<br>_____ / | No. C 05-00611 WHA<br><br>**ORDER FINDING DEMANDS FOR ABATEMENT TO BE IMPROPERLY NOTICED** |

    Identical documents each called a "Constructive Notice and Demand for Abatement; Demand for Court of record; Request for Stay of PROCEEDINGS . . ." were filed by defendants Dale Scott Heineman and Kurt F. Johnson. Such requests must be filed as noticed motions pursuant to Federal Rules of Criminal Procedure 47 and 49, and Criminal Local Rule 47-2. These filings do not meet the requirements because they are not noticed for hearing. The Court will not consider the motions until the defects are cured.

    **IT IS SO ORDERED.**

Dated: May 8, 2006

                                        WILLIAM ALSUP
                                        UNITED STATES DISTRICT JUDGE