United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DALE SCOTT HEINEMAN; KURT F. JOHNSON; THE DOREAN GROUP; WILLIAM JULIAN; FARREL J. LECOMPTE, JR.; SARA J. MAGOON; and CHARLES DEWEY TOBIAS,<br><br>Defendants.<br>_____ / | No. CR 05-00611 WHA<br><br>**ORDER** |

The psychiatric reports prepared for the Court on defendants Dale Scott Heineman and Kurt F. Johnson are **ORDERED TO BE PLACED UNDER SEAL**.

**IT IS SO ORDERED.**

Dated: May 25, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE