UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

DALE SCOTT HEINEMAN,
KURT F. JOHNSON,
THE DOREAN GROUP,
WILIAM JULIAN,
FARREL J. LECOMPTE, JR.,
SARA J. MAGOON
a/k/a Credence, and
CHARLES DEWEY TOBIAS,

Defendants.

No. CR 05-00611 WHA

~~[PROPOSED]~~ ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161 *ET SEQ.*

Based upon the record made at the parties' appearance before this Court on June 13, 2006, IT IS HEREBY ORDERED that the time from June 13, 2006 to July 18, 2006 is excluded from the time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, on grounds of: (1) the need for effective preparation by counsel and *pro se* defendants Heineman and Johnson, taking into account the exercise of due diligence pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv), to review tens of thousands of pages of discovery produced in electronic format as well as the supplemental discovery recently provided by the government; (2)

continuity of counsel pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv), given that counsel for defendant Tobias, Mr. Cohen, is presently out of the country for court-related business; (3) the complexity of this case pursuant to 18 U.S.C. § 3161(h)(8)(B)(ii), where a 68-count indictment has been returned charging defendants with, *inter alia*, mail fraud, bank fraud, and conspiracy to commit mail fraud, wire fraud and bank fraud for conduct relating to a purported debt elimination program and more than 120,000 pages of discovery have been produced; and (4) the ends of justice are served and outweigh the best interest of the public and the defendants in a speedy trial by excluding this period of time under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(A) for all reasons set forth above.

IT IS SO ORDERED.

Dated: June 15, 2006



_____
HON. WILLIAM ALSUP
UNITED STATES DISTRICT COURT JUDGE

[PROPOSED] ORDER                2