IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DALE SCOTT HEINEMAN; KURT F. JOHNSON; THE DOREAN GROUP; WILLIAM JULIAN; FARREL J. LECOMPTE, JR.; SARA J. MAGOON; and CHARLES DEWEY TOBIAS,<br><br>Defendants.<br>_____ / | No. CR 05-00611 WHA<br><br>**NOTICE THAT RECENT DEFENSE MEMO WILL BE TREATED AS A MOTION TO RECUSE** |

The Court has received a "Writ of Mandamus and Prohibition" filed by defendants Dale Scott Heineman and Kurt F. Johnson. It will be treated as a motion to recuse the undersigned judge, given the passages at page seven and elsewhere. The **GOVERNMENT SHALL RESPOND BY JULY 13, 2006**, to the recusal motion. Another judge of this court will be assigned to decide the motion. In the meantime, the undersigned will continue to supervise the rest of the case.

**IT IS SO ORDERED.**

Dated: July 6, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE