IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-00611 WHA |
| Plaintiff, | |
| v. | **NOTICE RE SUBPOENAS** |
| DALE SCOTT HEINEMAN; KURT F. JOHNSON; THE DOREAN GROUP; WILLIAM JULIAN; FARREL J. LECOMPTE, JR.; SARA J. MAGOON; and CHARLES DEWEY TOBIAS, | |
| Defendants. | |

The paralegal for defendants Dale Scott Heineman and Kurt F. Johnson has told the Court that those defendants want subpoenas issued. District court authorization is required before subpoenas can be served for free on behalf of a criminal defendant. To get such authorization, the defendant must show that the witness is needed for an adequate defense. FRCrP 17(b). Defendants Heineman and Johnson must make such a showing before any such subpoenas will be served. The paralegal should not deliver such subpoenas to the United States Marshals Service without a court order authorizing free service.

**IT IS SO ORDERED.**

Dated: July 17, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE