IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DALE SCOTT HEINEMAN; KURT F.<br>JOHNSON; THE DOREAN GROUP;<br>WILLIAM JULIAN; FARREL J.<br>LECOMPTE, JR.; SARA J. MAGOON; and<br>CHARLES DEWEY TOBIAS,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　／ | No. CR 05-00611 WHA<br><br>**ORDER REFERRING MOTION<br>FOR RECUSAL TO<br>ASSIGNMENT COMMITTEE<br>FOR REASSIGNMENT** |

　　　　The Court refers the motion to recuse by defendants Dale Scott Heineman and Kurt F. Johnson to the Assignment Committee so that it might be handled by another judge. Only the motion need be reassigned. The rest of the case will stay with the undersigned unless there is a need fo recusal. At least one more motion to recuse the undersigned may be filed by another defendant, Farrel J. Lecompte, by August 15, 2006.

　　**IT IS SO ORDERED.**

Dated: July 21, 2006

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE