UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

        CR 05-00611 WHA

DALE SCOTT HEINMAN, et al.

        Defendants.
_____/

**ORDER**

GOOD CAUSE APPEARING, IT IS ORDERED:

Pursuant to the Order of July 21, 2006, the Motion for Recusal of the Honorable William Alsup from this proceeding, filed by defendants Dale Scott Heineman and Kurt F. Johnson, is hereby referred to the Honorable Susan Illston.

FOR THE EXECUTIVE COMMITTEE:

s/Richard W. Wieking

Dated: August 3, 2006
_____
RICHARD W. WIEKING
Clerk of Court