UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                                              )<br>        Plaintiff,                                 )<br>                                                              )<br>    v.                                                  )<br>                                                              )<br>DALE SCOTT HEINEMAN, *et al.*,  )<br>                                                              )<br>        Defendants.                           )<br>_____ ) | No. CR 05-00611 WHA<br><br>[PROPOSED] ORDER REVOKING PRINTER PRIVILEGES OF HEINEMAN AND JOHNSON AT FCI DUBLIN AND STRIKING "NOTICE OF APPOINTMENT OF COUNSEL CONDITIONS OF CONFINEMENT" FILED BY HEINEMAN AND JOHNSON |

Based upon the record made at the appearance by defendants Dale S. Heineman and Kurt F. Johnson (collectively, "Defendants"), counsel for the Bureau of Prisons, and counsel for the government before this Court on August 15, 2006, relating to Defendants' preparation of: (1) a purported "Order of Dismissal," identified as entry number 144 in the case docket under CR 05-0611 WHA, incorporated herein by reference; and (2) a check allegedly payable by the Secretary of the United States Treasury in the amount of $72,000,000 (attached hereto as Exhibit 1) with computer printers they have been provided while in custody at the FCI Dublin Correctional Facility ("Facility");

IT IS HEREBY ORDERED that Defendants' privileges to computer printers at the Facility are revoked. Notwithstanding the foregoing, Defendants' access to computers for (read-only format) review of discovery produced in electronic format will continue at the Facility.

[PROPOSED] ORDER

1  Should Facility personnel in the future determine that Defendants have misused their access to
2  these computers at the risk of inmate security, the Facility shall have the discretion to
3  temporarily suspend such privileges until the matter is further addressed by this Court.
4         IT IS FURTHER ORDERED that, based upon the record made at the August 15, 2006
5  appearance before this Court, the "Notice of Appointment of Counsel and Conditions of
6  Confinement" filed by Defendants, purportedly appointing Mr. Bill Kubitz, FCI Dublin
7  Correctional Facility Administrator, as their counsel in the instant case (attached hereto as
8  Exhibit 2) is stricken and thereby a nullity.
9  IT IS SO ORDERED.
10 Dated: August _17_, 2006           _____
11                                    HON. WILLIAM H. ALSUP
                                      UNITED STATES DISTRICT JUDGE



28 [PROPOSED] ORDER