**United States District Court**
For the Northern District of California

1
2
3                       UNITED STATES DISTRICT COURT
4                       NORTHERN DISTRICT OF CALIFORNIA
5
6   UNITED STATES OF AMERICA,                    No. CR-05-0611 WHA (JCS)
7              Plaintiff(s),
                                                 **NOTICE OF SETTLEMENT**
8        v.                                      **CONFERENCE AND SETTLEMENT**
                                                 **CONFERENCE ORDER**
9   DALE SCOTT HEINEMAN and
    KURT F. JOHNSON,
10
              Defendant(s).
11  _____/

12  TO ALL PARTIES AND COUNSEL OF RECORD:

13          The above matter has been referred to Magistrate Judge Joseph C. Spero for settlement

14  purposes.

15          You are hereby notified that a Settlement Conference is scheduled for **October 16, 2006, at**

16  **9:30 a.m.**, in Courtroom A, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco,

17  California.  Defendants Dale Scott Heineman and Kurt F. Johnson shall attend the Settlement

18  Conference **in person.**

19          **Each party shall prepare a Settlement Conference Statement, which must be lodged**

20  **with the undersigned's chambers no later than noon on October 2, 2006.**

21          The Settlement Conference Statement shall **not** be filed with the Clerk of the Court, and need

22  not be served on opposing counsel.  The parties are encouraged, however, to exchange Settlement

23  Conference Statements.  If Settlement Conference Statements are exchanged, any party may submit

24  an additional confidential settlement letter to the Court not to exceed three (3) pages.  The contents

25  of this confidential settlement letter will not be disclosed to the other parties.

26          IT IS SO ORDERED.

27  Dated: September 12, 2006

28                                               _____
                                                 JOSEPH C. SPERO
                                                 United States Magistrate Judge