IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-00611 WHA |
| Plaintiff, | |
| v. | **ORDER VACATING HEARING** |
| DALE SCOTT HEINEMAN, KURT F. JOHNSON, THE DOREAN GROUP, WILLIAM JULIAN; FARREL J. LECOMPTE, JR., SARA J. MAGOON, and CHARLES DEWEY TOBIAS, | |
| Defendants. / | |

At the hearing on September 5, 2006, the Court ordered defendants Heineman and Johnson to file any pre-trial motions (other than motions *in limine*) by October 3, 2006. No motions were filed. Accordingly, the motion hearing currently scheduled for November 7, 2006, is hereby **VACATED**.

**IT IS SO ORDERED.**

Dated: October 18, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE