IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DALE SCOTT HEINEMAN, KURT F. JOHNSON, THE DOREAN GROUP, WILLIAM JULIAN; FARREL J. LECOMPTE, JR., SARA J. MAGOON, and CHARLES DEWEY TOBIAS,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　/ | No. CR 05-00611 WHA<br><br><br>**ORDER SCHEDULING HEARING** |

The government's request to have a status conference at **2:00 P.M. ON NOVEMBER 7, 2006** is **GRANTED**.

In addition, the Court has received a letter from Dr. Fred Johnson, appended hereto. The Court asks that, at the hearing, the Marshal and parties advise the Court of the circumstances surrounding the letter.

**IT IS SO ORDERED.**

Dated: November 2, 2006

　　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE