IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DALE SCOTT HEINEMAN, KURT F. JOHNSON, THE DOREAN GROUP, WILLIAM JULIAN; FARREL J. LECOMPTE, JR., SARA J. MAGOON, and CHARLES DEWEY TOBIAS,<br><br>Defendants.<br>_____/ | No. CR 05-00611 WHA<br><br>**ORDER TRANSFERRING DEFENDANT JOHNSON TO ANOTHER FACILITY AND VACATING TRIAL DATE** |

Based on the government's showing and in the interests of justice, it is hereby **ORDERED** that defendant Johnson be housed at a facility other than FCI Dublin. Defendant Heineman shall continue to be housed at FCI Dublin. The Court will entertain motions by the defendants to: (1) meet as needed to prepare their defense, and (2) use the computer that has the electronic discovery. Good cause for these requests must be shown. (The Court notes that defendants Heineman and Johnson have not used the electronic-discovery computer since August 26.)

The government has informed the Court that defendant William Julian has been apprehended in Panama. The government expects that he will be extradited to the United States

by mid-December.  Accordingly, the trial date currently scheduled for **JANUARY 8, 2007** is hereby **VACATED**.  The pretrial conference currently scheduled for **DECEMBER 18, 2006** is also **VACATED**.  A status conference will be held on **DECEMBER 11, 2006 AT 2:00 P.M.**

    Under the Speedy Trial Act, time is excluded until December 11, 2006, for the reasons previously stated and because at least one at-large defendant is now in the process of extradition back to stand trial.

**IT IS SO ORDERED.**

Dated:  November 8, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE