**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-00611 WHA |
| Plaintiff, | |
| v. | **ORDER REFERRING HEINEMAN AND JOHNSON TO MAGISTRATE JUDGE SPERO FOR FURTHER CONFERENCE** |
| DALE SCOTT HEINEMAN, KURT F. JOHNSON, THE DOREAN GROUP, WILLIAM JULIAN; FARREL J. LECOMPTE, JR., SARA J. MAGOON, and CHARLES DEWEY TOBIAS, | |
| Defendants. | |

At the last hearing on November 7, defendants Heineman and Johnson stated that they had signed the proposed plea agreements provided by the government and given them to prison officials to return to the government. The prison officials and the government knew nothing about this and were ordered to investigate. Meanwhile, to eliminate any question whether defendants have accepted unqualifiedly a plea offer, they are referred again to Magistrate Judge Spero for a further conference where he, if he deems it appropriate, may present written plea offers from the government. If one or both are to be signed by defendant(s), it should be done

in the presence of Judge Spero and AUSA Keller without qualification and the original should be kept by AUSA Keller to bring to any plea change hearing.

**IT IS SO ORDERED.**

Dated: November 9, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE