**United States District Court**
For the Northern District of California

1
2
3
4
5                        UNITED STATES DISTRICT COURT
6                       NORTHERN DISTRICT OF CALIFORNIA
7
8    UNITED STATES OF AMERICA,                No. CR-05-0611 WHA (JCS)
9              Plaintiff(s),
10                                            **NOTICE AND ORDER
     v.                                       SETTING FURTHER PLEA
11                                            AGREEMENT CONFERENCE**
     DALE SCOTT HEINEMAN and
     KURT F. JOHNSON,
12
              Defendant(s).
13   _____/
14
15   TO ALL PARTIES AND COUNSEL OF RECORD:
16          The above matter was previously referred to the undersigned for settlement purposes.
17          You are hereby notified that a Further Plea Agreement Conference is scheduled for
18   **November 21, 2006, at 9:30 a.m.**, in Courtroom A, 15th Floor, Federal Building, 450 Golden Gate
19   Avenue, San Francisco, California.
20          Defendants Dale Scott Heineman and Kurt F. Johnson shall attend the Conference **in person.**
21          IT IS SO ORDERED.
22
23   Dated: November 15, 2006
24                                            _____
                                             JOSEPH C. SPERO
25                                           United States Magistrate Judge
26
27
28