IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DALE SCOTT HEINEMAN, KURT F. JOHNSON, THE DOREAN GROUP, WILLIAM JULIAN; FARREL J. LECOMPTE, JR., SARA J. MAGOON, and CHARLES DEWEY TOBIAS,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　／ | No. CR 05-00611 WHA<br><br>**CASE MANAGEMENT AND SCHEDULING ORDER** |

　　　The final pretrial conference in this case will be held at **9:00 A.M.** on **MARCH 9, 2007**. Trial will begin at **7:30 A.M.** on **MARCH 26, 2007**.

　　　**IT IS SO ORDERED.**

Dated:  December 11, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE