IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DALE SCOTT HEINEMAN, KURT F. JOHNSON, THE DOREAN GROUP, WILLIAM JULIAN; FARREL J. LECOMPTE, JR., SARA J. MAGOON, and CHARLES DEWEY TOBIAS,<br><br>Defendants.<br>_____/ | No. CR 05-00611 WHA<br><br>**ORDER GRANTING DEFENDANT HEINEMAN'S REQUEST FOR JANUARY 19 MEETING** |

The Court has received a letter from defendant Heineman requesting that he be allowed to meet with defendant Johnson to discuss this action. This order **GRANTS** the request. The Marshals are directed to transport defendant Johnson to FCI Dublin on Friday, January 19, 2007. Defendants Heineman and Johnson will be allowed to meet at FCI Dublin in a conference room or other appropriate area for no longer than three hours. The Marshals should transport defendant Johnson back to Santa Rita Jail once the meeting is complete.

**IT IS SO ORDERED.**

Dated: January 9, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE