IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>DALE SCOTT HEINEMAN, KURT F. JOHNSON, THE DOREAN GROUP, WILLIAM JULIAN; FARREL J. LECOMPTE, JR., SARA J. MAGOON, and CHARLES DEWEY TOBIAS,<br><br>  Defendants.<br>                                                          / | No. CR 05-00611 WHA<br><br>**ORDER GRANTING DEFENDANT HEINEMAN'S REQUEST FOR FEBRUARY 16 AND MARCH 7 MEETING** |

The Court has received a letter from defendant Heineman requesting that he be allowed to meet with defendant Johnson two more times. This order **GRANTS** the request. The Marshals are directed to transport defendant Johnson to FCI Dublin on February 16, 2007, and March 7, 2007. Each of those days, defendants Heineman and Johnson will be allowed to meet at FCI Dublin in a conference room or other appropriate area for up to three hours. The Marshals should transport defendant Johnson back to Santa Rita Jail once the meetings are complete.

**IT IS SO ORDERED.**

Dated: January 29, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE