IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DALE SCOTT HEINEMAN, KURT F. JOHNSON, THE DOREAN GROUP, WILLIAM JULIAN; FARREL J. LECOMPTE, JR., SARA J. MAGOON, and CHARLES DEWEY TOBIAS,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　／ | No. CR 05-00611 WHA<br><br>**ORDER GRANTING MOTION TO CONTINUE TRIAL AND PROVISIONALLY GRANTING MOTION FOR APPOINTMENT OF STANDBY COUNSEL** |

For the reasons stated on the record at the hearing on March 6, 2007, the government's motion for a continuance of the trial is **GRANTED**. Trial will begin at **7:30 A.M.** on **MONDAY, MAY 7, 2007**. A pretrial conference will be held at **2:00 P.M.** on **APRIL 23, 2007**.

The government's motion for appointment of standby counsel for each defendant is **PROVISIONALLY GRANTED**. Standby counsel may be revoked if it will take counsel an unreasonable amount of time to prepare for trial. A further hearing on the appointment of standby counsel is scheduled for **2:00 P.M.** on **MARCH 13, 2007**.

**IT IS SO ORDERED.**

Dated: March 12, 2007.

　　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE