IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DALE SCOTT HEINEMAN, KURT F. JOHNSON, THE DOREAN GROUP, WILLIAM JULIAN; FARREL J. LECOMPTE, JR., SARA J. MAGOON, and CHARLES DEWEY TOBIAS,<br><br>Defendants.<br>_____ / | No. CR 05-00611 WHA<br><br>**ORDER GRANTING DEFENDANT HEINEMAN'S REQUEST FOR MEETING** |

At the hearing on March 13, defendants Heineman and Johnson requested that they be allowed to meet with each other. This order **GRANTS** the request. On or before Thursday, March 22, the Marshals are directed to transport defendant Johnson to FCI Dublin, where defendants Heineman and Johnson will be allowed to meet in a conference room or other appropriate area for up to three hours. The Marshals should transport defendant Johnson back to Santa Rita Jail once the meeting is complete.

**IT IS SO ORDERED.**

Dated: March 14, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE