United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DALE SCOTT HEINEMAN, KURT F. JOHNSON, THE DOREAN GROUP, WILLIAM JULIAN; FARREL J. LECOMPTE, JR., SARA J. MAGOON, and CHARLES DEWEY TOBIAS,<br><br>Defendants. | No. CR 05-00611 WHA<br><br>**ORDER DENYING GOVERNMENT'S MOTION FOR APPOINTMENT OF STANDBY COUNSEL** |

For the reasons stated on the record at the hearing on March 23, 2007, including the expense, delay, and defendants' lack of desire for standby counsel, the government's motion for appointment of standby counsel is **DENIED**.

**IT IS SO ORDERED.**

Dated: March 26, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE