**United States District Court**
For the Northern District of California

1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT
7
8                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10   UNITED STATES OF AMERICA,                    No. CR 05-00611 WHA
11            Plaintiff,
12      v.                                        **ORDER APPOINTING
                                                  ADVISORY COUNSEL**
13   DALE SCOTT HEINEMAN, KURT F.
     JOHNSON, THE DOREAN GROUP,
14   WILLIAM JULIAN; FARREL J.
     LECOMPTE, JR., SARA J. MAGOON, and
15   CHARLES DEWEY TOBIAS,
16            Defendants.
                                              /
17
18        Pursuant to the Memorandum of Advisory Counsel Obligations, the Court hereby

19   **APPOINTS** Richard Tamor as advisory counsel to defendants Dale Scott Heineman and Kurt F.

20   Johnson.  This appointment is made under the Court's inherent authority, and counsel serves

21   exclusively on behalf of the Court to protect the integrity and continuity of the proceedings, and

22   does not represent defendants.  Any compensation to be paid counsel shall be in the capacity of

23   an "expert or consultant" pursuant to 5 U.S.C. 3109.  *See* Guide to Judicial Policies and

24   Procedures, Vol. VII, sec. 2.17.  This order is *nunc pro tunc* to March 23, 2007.

25        **IT IS SO ORDERED.**

26

27   Dated:  April 3, 2007.

28                                          WILLIAM ALSUP
                                           UNITED STATES DISTRICT JUDGE