**United States District Court**

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

      Plaintiff,

      v.

DALE SCOTT HEINEMAN, KURT F.
JOHNSON, THE DOREAN GROUP,
WILLIAM JULIAN; FARREL J.
LECOMPTE, JR., SARA J. MAGOON,
and CHARLES DEWEY TOBIAS,

      Defendants.

                            /

No. CR 05-0611 WHA

**SCHEDULING ORDER
FOR CRIMINAL CASE**

Pursuant to Local Rule 17.1-1, this order sets a schedule for the case to promote a fair and expeditious trial and pretrial of this case.

    1.     This case will be tried to a jury commencing at **7:30 A.M. ON JUNE 4, 2007**. The final pretrial conference will be at **2:00 P.M. ON MAY 11, 2007**. The remainder of this order sets the schedule leading up to these dates.

    2.     As to all issues for which a party is or should be on notice with the exercise of reasonable diligence, all Rule 12, discovery/disclosure, suppression, *Franks* or confidential informant motions must be filed by **APRIL 24, 2007**, to be heard on at least two weeks notice on any Tuesday at 2:00 p.m. Any opposition must be filed one week before the hearing. Any reply must be filed four calendar days before the hearing (*e.g.*, Friday for a Tuesday hearing). All declarations must be signed and sworn, including those by defendants. Reply declarations

**United States District Court**
For the Northern District of California

1  are disfavored and should not include material that should have and could reasonably have been

2  placed in the opening declaration.  If the submissions demonstrate a need for an evidentiary

3  hearing, then one will be separately set.  All other motions must be seasonably brought, to be

4  heard on any Tuesday at 2:00 p.m., except motions *in limine*, which will be heard at the final

5  pretrial conference.

6         3.     For the final pretrial conference, please comply with Local Rule 17.1-1.  All

7  government exhibits should be identified by trial exhibit number for the case-in-chief in an

8  exhibit list submitted for the conference.  All defense exhibits for its case-in-chief should

9  likewise be identified by trial exhibit number in an exhibit list, at least to the extent the exhibits

10  are required to be disclosed under Rule 16(b).  All motions *in limine* must be served and filed at

11  least **FOURTEEN DAYS** before the conference with oppositions and replies filed as per

12  Local Rule 47-2.

13

14        **IT IS SO ORDERED.**

15

16  Dated:  April 3, 2007.

                     WILLIAM ALSUP

17                       UNITED STATES DISTRICT JUDGE

2