United States District Court

For the Northern District of California

1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7              FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9

10    UNITED STATES OF AMERICA,                    No. CR 05-00611 WHA

11                 Plaintiff,

12         v.                                       **ORDER CONTINUING
                                                    TRIAL AND FINAL
13    DALE SCOTT HEINEMAN, KURT F.                  PRETRIAL CONFERNECE**
      JOHNSON, THE DOREAN GROUP,
14    WILLIAM JULIAN; FARREL J.
      LECOMPTE, JR., SARA J. MAGOON,
15    and CHARLES DEWEY TOBIAS,

16                 Defendants.

17    ──────────────────────────────────/

18         The previous trial date and pretrial-conference date are hereby **VACATED**.  Trial will

19    begin at **7:30 A.M.** on **OCTOBER 15, 2007**.  The final pretrial conference will be held at

20    **8:00 A.M.** on **SEPTEMBER 5, 2007**.

21

22         **IT IS SO ORDERED.**

23

24    Dated:  April 25, 2007.
                                          _____
25                                        WILLIAM ALSUP
                                          UNITED STATES DISTRICT JUDGE
26

27

28