E-filing

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> DALE SCOTT HEINEMAN, *Pro Per* <br> KURT F. JOHNSON, *Pro Per* <br><br> Defendant | Case No. CR-05-0611 WHA <br><br> [PROPOSED] ORDER AMENDING ORDER APPOINTING ADVISORY COUNSEL |

IT IS HEREBY ORDERED,

That this Court's Order Appointing Advisory Counsel (Document # 325) is hereby amended to reflect a *nunc pro tunc* date of March 12, 2007.

Dated: April 2Y, 2007

_____
Honorable William H. Alsup
United States District Court Judge