IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DALE SCOTT HEINEMAN, KURT F. JOHNSON, THE DOREAN GROUP, WILLIAM JULIAN; FARREL J. LECOMPTE, JR., SARA J. MAGOON, and CHARLES DEWEY TOBIAS,<br><br>Defendants. | No. CR 05-00611 WHA<br><br>**ORDER RE TRANSCRIPT AND DOCUMENT REQUEST** |

The Court has reviewed Mr. Heineman and Mr. Johnson's "Application for Certain Transcript[s] and Documents of the Record." The blanket request is too broad. After reviewing the minute entries for all the requested hearings, at only a few hearings did enough substantive discussion occur to necessarily warrant expending CJA funds for the transcripts. The Court hereby **AUTHORIZES** the following transcripts to be produced and provided to each defendant: February 28, 2006 (Docket No. 24); March 1, 2006 (Docket No. 25); and May 16, 2006 (Docket No. 77). One of the transcripts requested by defendants has already been produced (Hearing on March 21, 2006, transcript available at Docket No. 44). Copies of this transcript should be made available to both defendants. Steve Moore will assist defendants in filling out the appropriate CJA form for transcript requests. All the other transcript requests are **DENIED WITHOUT PREJUDICE** to a more specific showing of need by defendants.

Mr. Moore should also print copies of all documents requested by defendants that are available on ECF. These documents should be provided to defendants. The entries are: Docket Nos. 12, 13, 14, 15, 17, 24, 25, 28, 35, 42, 66, 67, 77, 104, 221, 228, 247, 259, 260, 273, 288, 289, 312, 316, 319, 323, 324.

Defendants also requested Docket No. 144. This is a folder containing three documents entitled "order of dismissal" that defendants had created using a copy of the Court's electronic stamp. These will not be provided to defendants because they attempted to misuse the documents in the first place. The Court believes they will try to misuse the documents again. In the event the government intends to introduce these documents at trial, the documents will be provided to defendants in such a way that defendants may respond to the use of these documents.

**IT IS SO ORDERED.**

Dated: May 15, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE