IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DALE SCOTT HEINEMAN, KURT F. JOHNSON, THE DOREAN GROUP, WILLIAM JULIAN; FARREL J. LECOMPTE, JR., SARA J. MAGOON, and CHARLES DEWEY TOBIAS,<br><br>Defendants.<br>_____ / | No. CR 05-00611 WHA<br><br>**ORDER RE REQUEST FOR INVESTIGATOR** |

The Court has reviewed the "application for use of a private investigator by order of the court" filed by defendants Heineman and Johnson. The application submitted is so thin as to the alleged need for an investigator that it is **DENIED WITHOUT PREJUDICE** to renewal after defendants consult with Steve Moore. In addition, Mr. Moore is **DIRECTED** to file a statement under seal with the Court explaining his understanding of what benefit an investigator might serve. Such statement must be filed by **JUNE 11, 2007**. The Court will consider any new application and Mr. Moore's statement in determining whether defendants are entitled to an investigator.

**IT IS SO ORDERED.**

Dated: June 1, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE