IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DALE SCOTT HEINEMAN, KURT F. JOHNSON, THE DOREAN GROUP, WILLIAM JULIAN; FARREL J. LECOMPTE, JR., SARA J. MAGOON, and CHARLES DEWEY TOBIAS,<br><br>Defendants. | No. CR 05-00611 WHA<br><br>**ORDER DENYING RELIEF** |

It has come to the Court's attention that defendants Heineman and Johnson have served the appended documents on Richard Wieking, Clerk of the Court. These documents and requests are incomprehensible. The Clerk's office is directed to ignore them. Any relief sought pursuant to these documents is **DENIED**.

**IT IS SO ORDERED.**

Dated:  June 1, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE