IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KURT F. JOHNSON and DALE SCOTT HEINEMAN,<br><br>Defendants.<br>_____ / | No. CR 05-0611 WHA<br><br>**ORDER REGARDING CLOTHING FOR COURT** |

The United States Marshall Service is **ORDERED** to provide two sets of civilian street clothes for defendants Kurt Johnson and Dale Heineman for trial.

**IT IS SO ORDERED.**

Dated: October 10, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE