SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

C. DAVID HALL (CABN 66081)
BRIGID S. MARTIN (CABN 231705)
Assistant United States Attorneys

   450 Golden Gate Avenue, Box 36055
   San Francisco, CA 94102
   Telephone: (415) 436-7200
   Facsimile: (415) 436-7234
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05-0611-WHA |
| Plaintiff, ) | |
| ) | PARTIES' JOINT STIPULATION TO CONTINUE SENTENCING |
| v. ) | AND [PROPOSED] ORDER |
| ) | |
| FARREL J. LECOMPTE, JR., ) | |
| ) | |
| Defendant. ) | |

Pursuant to the Court's request to sentence all defendants on the same date, the parties agree to continue the sentencing in the above-captioned matter to March 18, 2007, at 8:00 a.m. A Proposed Order is submitted with this stipulation.

DATED: November 21, 2007        Respectfully submitted,


                                          SCOTT N. SCHOOLS
                                          United States Attorney


                                          /s/ Brigid S. Martin
                                          BRIGID S. MARTIN
                                          Special Assistant United States Attorney

/s/ Katherine C. Kim
KATHERINE C. KIM
Counsel for Mr. Lecompte

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 05-0611-WHA |
| Plaintiff, | ) ) | [PROPOSED] ORDER CONTINUING SENTENCING |
| v. | ) ) | |
| FARREL J. LECOMPTE, JR., | ) ) ) | |
| Defendant. | ) | |

For good cause shown, the scheduled appearance in the above-captioned matter is vacated. The matter shall be added to the Court's calendar on March 18, 2007 at 8:00 a.m. to proceed with sentencing.

IT IS SO ORDERED.

DATED: ___November 26, 2_007.

_____
WILLIAM H. ALSUP
United States District Court Judge