```
 1  SCOTT N. SCHOOLS (SCBN 9990)
    United States Attorney
 2
    BRIAN J. STRETCH (CABN 163973)
 3  Chief, Criminal Division

 4  C. DAVID HALL (CABN 66081)
    BRIGID S. MARTIN (CABN 231705)
 5  Assistant United States Attorneys

 6     450 Golden Gate Avenue, Box 36055
       San Francisco, CA 94102
 7     Telephone: (415) 436-7200
       Facsimile: (415) 436-7234
 8  Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                  )<br>         Plaintiff,              )<br>                                  )<br>    v.                            )<br>                                  )<br>WILLIAM JULIAN,                   )<br>                                  )<br>         Defendant.              )<br>_____ ) | No. CR 05-0611-WHA<br><br>PARTIES' JOINT STIPULATION TO<br>CONTINUE SENTENCING<br>AND [PROPOSED] ORDER |

Pursuant to the Court's request to sentence all defendants on the same date, the parties agree to continue the sentencing in the above-captioned matter to March 18, 2007, at 8:00 a.m. A Proposed Order is submitted with this stipulation.

DATED: November 21, 2007               Respectfully submitted,


                                       SCOTT N. SCHOOLS
                                       United States Attorney


                                       /s/ Brigid S. Martin
                                       BRIGID S. MARTIN
                                       Special Assistant United States Attorney

/s/ Michael Berger
MICHAEL BERGER
Counsel for Mr. Julian

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 05-0611-WHA |
| Plaintiff, | ) ) ) | [PROPOSED] ORDER CONTINUING SENTENCING |
| v. | ) ) | |
| WILLIAM JULIAN, | ) ) | |
| Defendant. | ) | |

For good cause shown, the scheduled appearance in the above-captioned matter is vacated. The matter shall be added to the Court's calendar on March 18, 2007 at 8:00 a.m. to proceed with sentencing.

IT IS SO ORDERED.

DATED: ___November 26, 2007.

_____
WILLIAM H. ALSUP
United States District Court Judge