United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　v.<br><br>DALE SCOTT HEINEMAN,<br><br>　　　Defendant.<br>　　　　　　　　　　　　　　　　　　　／ | No. CR 05-00611 WHA<br>No. C 08-02461 WHA<br><br>**ORDER TO SHOW CAUSE** |

　　　Defendant has moved to vacate, set aside, or correct his sentence. The motion and case files do not "conclusively show" that defendant is not entitled to relief. *See* 28 U.S.C. 2255. The government is **ORDERED TO SHOW CAUSE** within sixty days why the motion should not be granted, if that is its position, and to file then all portions of the record previously transcribed and relevant to the motion. The **CLERK** shall Serve this order upon defendant and the United States. If the government opposes the motion, defendant shall have 30 days from submission of the opposition to reply.

　　　**IT IS SO ORDERED.**

Dated: July 17, 2008.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE