IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-0611 WHA |
| Plaintiff, | |
| v. | **ORDER RE RECENTLY RECEIVED DOCUMENTS** |
| DALE HEINEMAN AND KURT JOHNSON, | |
| Defendant. | |

The Court is in receipt of three filings from defendants Dale Heineman and Kurt Johnson (Dkt. Nos. 825–27), who are currently serving lengthy prison sentences after being convicted of several fraud charges in 2007. The filings are on the letterhead of the "Unified United States Common Law Grand Juries," which, according to the Anti-Defamation League, is an extremist anti-government group. The filings are largely incomprehensible, appear to demand a default judgment due to lack of jurisdiction, and call for the immediate release of defendants Heineman and Johnson. Any relief requested by these filings is **DENIED**.

**IT IS SO ORDERED.**

Dated: February 1, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE