IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-00611 WHA |
| Plaintiff, | |
| v. | **ORDER DENYING SECTION 2202 PETITION** |
| DALE SCOTT HEINEMAN, | |
| Defendant. | |

Pro se prisoner Dale Heineman has filed a petition pursuant to Section 2202 of Title 28 of the United States Code, by which he seeks to set aside his criminal conviction. Specifically, he seeks dismissal of his criminal conviction on the grounds that the court lacks jurisdiction, and further asks for a declaratory determination of "whether the United States is still a Constitutional Republic, or has degenerated into a judicial tyranny" (Dkt. Nos. 833 at 2; 836 at 5).

Heineman raises no viable grounds for his jurisdictional challenge. A prior order already dismissed defendant's previously raised challenge to subject-matter jurisdiction (Dkt. No. 643). His motion seeking an order that there is not jurisdiction over him and therefore voiding his conviction is **DENIED**.

Heineman further lists a number of "questions" upon which he seeks a declaratory judgment, beginning with the question of whether "the Constitution of the United States, all laws of the United States made in pursuance to the Constitution, and all Treaties that were made at the time of ratification or will be made upon ratification of the Constitution, the Supreme

Law of the Land?" (Dkt. No. 836 at 5). He then asks the Court to affirm this, and other similar principles related to the Constitution. This didactic exercise, which goes on for 102 pages, is not a proper claim, and does not warrant any response.

Finally, Heineman submits an "interested party's motion for speedy hearing on his petition for declaratory judgment under 28 U.S.C. 2201 as contemplated by Rule of Civil Procedure 57" (Dkt. No. 837). No such hearing, however, is necessary here as these motions can be decided on the briefs.

Heineman's motions to void the judgment against him, and for declaratory judgments are **DENIED**. There will be no hearing on these motions.

**IT IS SO ORDERED.**

Dated: November 3, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE