IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-00611 WHA |
| Plaintiff, | |
| v. | **ORDER DENYING REASSIGNMENT** |
| DALE SCOTT HEINEMAN, | |
| Defendant. | |

Pro se prisoner Dale Heineman has now filed a "report of criminal and civil misconduct" against all federal district court judges, the United States Attorney General, all federal public defenders, the chairman of the federal reserve, other federal officials, and Brown Brothers Harriman Company (Dkt. No. 842 at 5). He accuses all of these individuals of "bribery, graft, and conflicts of interest" (*id.* at 6), and describes a scheme by which federal district court judges supposedly receive payments based upon the number of years of custody they impose upon a criminal defendant at sentencing (*id.* at 8–10).

In light of this allegedly unlawful activity, Heineman seeks an order reassigning review of his "report of criminal and civil misconduct" to an alternate judge. His motion is **DENIED**. His report has been reviewed, and it is baseless.

**IT IS SO ORDERED.**

Dated: December 6, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE