January 22, 2022

Clerk of the U.S. District Court
Northern District of California
San Francisco Division
450 Golden Gate Avenue
San Francisco, CA 94102

**RECEIVED**

JAN 2 6 2022

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

Re: Records Request for Case No. CR05-000611-WHA UNITED STATES OF
    AMERICA VS. DALE SCOTT HEINEMAN, ET AL.

Attention Clerk of the Court:

I am writing to request, by and through Title 5, all docketed records, sealed records, recordings, transcripts, correspondence, and the like, for case no. CR05-000611-WHA, UNITED STATES OF AMERICA VS. DALE SCOTT HEINEMAN, ET AL, as this court has not afforded me the full and complete record of this case. The record will reflect that I proceeded pro se, attorney of record, in this matter.

I will accept this full and complete record in paper or electronic form. Thank you for your assistance.

Respectfully,

Dale Scott Heineman

Mail:
Dale Scott Heineman
C/o 1524 Glenn Street
Hayward, California
　　　　　[94545]

Electronic:
groupdorean@gmail.com



Dale Scott Heineman
c/o 1524 Glenn Street
Hayward, California
[94545]

OAKLAND CA 945
24 JAN 2022 PM 6 L

Clerk of the U.S. District Court
Northern District of California
San Francisco Division
450 Golden Gate Avenue
San Francisco, CA 94102

94102-343210